UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 18-10524-DMG (SSx)** | Date | January 18, 2019 |
|---|---|---|---|
| Title | *Hayward Collins v. Mercedes-Benz Financial Services USA LLC, et al.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER DENYING PLAINTIFF'S MOTION TO REMAND [9]**

On January 17, 2019, Plaintiff Hayward Collins filed a motion to remand. [Doc. # 9.] The notice of motion does not contain a statement required by Local Rule 7-3 indicating that counsel conferred regarding the substance of the anticipated motion at least seven days prior to the filing thereof.[1] *See* C.D. Cal. L.R. 7-3. Due to Plaintiff's failure to comply with Local Rule 7-3, the Court **DENIES** the motion without prejudice to refiling after compliance. The February 22, 2019 hearing is **VACATED**.

**IT IS SO ORDERED.**

---

[1] The email correspondence attached to the motion shows only that prior to removal, the parties discussed Plaintiff's settlement demand and the factual basis of Plaintiff's Fair Credit Reporting Act claim. *See* Uzoh Decl., Ex. 1 at 5–6 [Doc. # 9-1].